Case 2:09-cr-00510-PMP-RJJ   Document 120   Filed 02/08/12   Page 1 of 2
2:12-cr-20047-MOB   Doc # 1   Filed 01/23/12   Pg 1 of 1   Pg ID 1
Case 2:09-cr-00510-PMP-RJJ   Document 119   Filed 01/13/12   Page 2 of 2

| PROB 22<br>(Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)*<br>2:09-cr-510-PMP-RJJ |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>Alla Laougine | DISTRICT<br><br>NEVADA | DIVISION<br><br>U.S. Probation Office |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>Philip M. Pro | |
| | DATES OF PROBATION: | FROM<br>10/24/11 | TO<br>10/23/16 |

OFFENSE

Conspiracy to Harbor Illegal Aliens for Commercial Advantage and Financial Gain - a violation of 8 U.S.C. § 1324(a)(1)(A)(iii) and (A)(1)(a)(V)(I)

Case:2:12-cr-20047
Judge: Battani, Marianne O.
Filed: 01-23-2012 At 02:06 PM
TRANS PROB: USA V. ALLA LAOGINE (KB)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer named above be transferred with the records of the Court to the United States District Court for the Eastern District of Michigan upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation may be changed by the District Court to which this transfer is made without further inquiry of this court.*

January 13, 2012.
Date

*/s/ Philip M. Pro*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer be accepted and assumed by this Court from and after the entry of this order.

1/25/12
Effective Date

United States District Judge


Case 2:09-cr-00510-PMP-RJJ   Document 120   Filed 02/08/12   Page 2 of 2
2:12-cr-20047-MOB   Doc # 1   Filed 01/23/12   Pg 1 of 1   Pg ID 1
Case 2:09-cr-00510-PMP-RJJ   Document 119   Filed 01/13/12   Page 2 of 2

| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 2:09-cr-510-PMP-RJJ |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Alla Laougine | NEVADA | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | Philip M. Pro | |
| | DATES OF PROBATION: | FROM 10/24/11 — TO 10/23/16 |

**OFFENSE**

Conspiracy to Harbor Illegal Aliens for Commercial Advantage and Financial Gain - a violation of 8 U.S.C. § 1324(a)(1)(A)(iii) and (A)(1)(a)(V)(I)

Case: 2:12-cr-20047
Judge: Battani, Marianne O.
Filed: 01-23-2012 At 02:06 PM
TRANS PROB: USA V. ALLA LAOGINE (KB)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer named above be transferred with the records of the Court to the United States District Court for the Eastern District of Michigan upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation may be changed by the District Court to which this transfer is made without further inquiry of this court.*

January 13, 2012.
Date

*[signature]*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer be accepted and assumed by this Court from and after the entry of this order.

1/25/12
Effective Date

*[signature]*
United States District Judge